IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ARTURO REGALADO,

    Plaintiff,

v.                                                                      NO. 22-cv-0012 MIS/SMV

ALBUQUERQUE MAIL SERVICE, INC.

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time:**      March 17, 2022, at 9:30 a.m. MDT

**Matter to be heard:**  Case status and the Court's expectations regarding Initial Disclosures

A telephonic status conference is set for **March 17, 2022, at 9:30 a.m. MDT.** Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings. The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

    **IT IS SO ORDERED.**

                                                           **STEPHAN M. VIDMAR**
                                                           **United States Magistrate Judge**