IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| Arturo Regalado, individually and on behalf of all others similarly situated, § § § | |
| Plaintiff § | |
| § | CASE NO. 2:22-cv-00012-MIS-SMV |
| v. § | |
| § | COLLECTIVE AND CLASS ACTION |
| Albuquerque Mail Service, Inc., § § | DEMAND FOR JURY TRIAL |
| Defendant § | |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE TO CONDITIONALLY CERTIFY FLSA CLASS

Having Considered Plaintiff's Unopposed Motion to Extend Deadline to Conditionally Certify FLSA Class ("the Motion"), the Court finds that it has merit and should be Granted.

Therefore, Plaintiff's Motion is Granted and Plaintiff shall file a motion to conditionally certify a FLSA class by Friday, July 15, 2022.

May 17, 2022  
DATE

_____  
STEPHAN M. VIDMAR  
UNITED STATES MAGISTRATE JUDGE

APPROVED AS TO FORM:

By: *s/Ricardo J. Prieto*  
Ricardo J. Prieto  
Texas State Bar No. 24062947  
rprieto@eeoc.net  
Melinda Arbuckle  
Texas State Bar No. 24080773  
marbuckle@eeoc.net  
SHELLIST LAZARZ SLOBIN LLP  
11 Greenway Plaza, Suite 1515  
Houston, TX 77046  
(713) 621-2277 – Telephone  
(713) 621-0993 – Facsimile

COUNSEL FOR PLAINTIFF
& PUTATIVE CLASS AND
COLLECTIVE ACTION MEMBERS

&

*/s/ Charlotte Lamont*
Charlotte Lamont
201 Third Street NW, Suite 500
Albuquerque, NM 87102
505.944.9685 (telephone)
505.213.0415 (facsimile)

**ATTORNEYS FOR DEFENDANT**