IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| Arturo Regalado, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>Albuquerque Mail Service, Inc.,<br><br>Defendant | CASE NO. 2:22-cv-00012-MIS-SMV<br><br>COLLECTIVE AND CLASS ACTION<br><br>DEMAND FOR JURY TRIAL |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S SECOND UNOPPOSED MOTION TO EXTEND DEADLINE TO CONDITIONALLY CERTIFY FLSA CLASS

Having Considered Plaintiff's Unopposed Motion to Extend Deadline to Conditionally Certify FLSA Class ("the Motion")[Doc. 17], the Court finds that it has merit and should be Granted.

Therefore, Plaintiff's Motion is Granted and Plaintiff shall file a motion to conditionally certify a FLSA class by September 13, 2022.

__July 21, 2022_____   _____
DATE                                 STEPHAN M. VIDMAR
                                     UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

By: *s/Ricardo J. Prieto*_____
Ricardo J. Prieto
Texas State Bar No. 24062947
rprieto@eeoc.net
Melinda Arbuckle
Texas State Bar No. 24080773
marbuckle@eeoc.net
SHELLIST LAZARZ SLOBIN LLP
11 Greenway Plaza, Suite 1515
Houston, TX 77046
(713) 621-2277 – Telephone
(713) 621-0993 – Facsimile

COUNSEL FOR PLAINTIFF

    & PUTATIVE CLASS AND
COLLECTIVE ACTION MEMBERS

    &

*/s/ Charlotte Lamont*
Charlotte Lamont
201 Third Street NW, Suite 500
Albuquerque, NM 87102
505.944.9685 (telephone)
505.213.0415 (facsimile)

**ATTORNEYS FOR DEFENDANT**