### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

ARTURO REGALADO, INDIVIDUALLY
AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED,

    Plaintiff,

v.                                                                      No. 2:22-cv-00012-MIS/DLM

ALBUQUERQUE MAIL SERVICE, INC.,

    Defendant.

### ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION AND GRANTING MOTION TO DISMISS

**THIS MATTER** is before the Court on United States Magistrate Judge Damian L. Martinez's Proposed Findings and Recommended Disposition (PFRD) (Doc. 33) and on Albuquerque Mail Service's Unopposed Motion to Dismiss (Doc. 34).

In the PFRD, Judge Martinez found that a settlement between the parties does not require a hearing or Court approval. (Doc. 33 at 1.) He further recommended that the parties file either a joint notice indicating whether they still wished for the Court to review the merits of the settlement or a joint motion to dismiss. (*See* Doc. 33 at 1–2.) The parties did not file objections to the PFRD, but rather filed an unopposed motion to dismiss in accordance with Judge Martinez's recommendations. (*See* Doc. 34.) Upon review of the record, the Court concurs with the Magistrate Judge's findings and recommendations and finds that the settlement between the parties does not require Court approval.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 33) are **ADOPTED**;

**IT IS FURTHER ORDERED** that Albuquerque Mail Service's Unopposed Motion to Dismiss (Doc. 34) is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own fees and costs.

*/s/ Margaret Strickland*

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE