**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ARTURO REGALADO, INDIVIDUALLY
AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED,

    Plaintiff,

v.                                                                  No. 2:22-cv-00012-MIS/DLM

ALBUQUERQUE MAIL SERVICE, INC.,

    Defendant.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Memorandum Opinion and Order filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

IT IS **HEREBY ORDERED** that all claims in this case are **DISMISSED WITH PREJUDICE**.

*/s/ Margaret Strickland*
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE